UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS STINSON,<br><br>                    Plaintiff,<br><br>       -against-<br><br>SONIA S. PEARSON; ESTHER SANDY TUCKER; CUNY ("CITY UNIVERSITY OF NEW YORK"),<br><br>                    Defendants. | 1:20-CV-8701 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued March 10, 2021, dismissing this action,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for the reasons set forth in the Court's March 10, 2021 order.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 10, 2021
           New York, New York

                                                                   Louis L. Stanton
                                                                          U.S.D.J.